# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| EL INTERNATIONAL WEST, LLC, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AAZURI LTD., a Limited Company, and WASEEM MAHMOOD, an Individual,<br><br>Defendants. | CASE NO.  2:23cv07937 CAS (JPRx)<br><br>**JUDGMENT**<br><br>Complaint Filed: September 22, 2023 |

### **JUDGMENT**

Pursuant to Plaintiff El International West, LLC's Motion for Default Judgment ("Motion"), and pursuant to Federal Rules of Civil Procedure Rule 55(b)(2), and good cause appearing therefore, **IT IS HEREBY ORDERED** that judgment shall be entered on Plaintiff's Complaint against Defendants Aazuri Ltd. and Waseem Mahmood as follows:

- Compensatory damages in the amount of $1,043,392.00 for Plaintiff's claims of fraudulent misrepresentation, fraudulent concealment, breach of contract, breach of implied covenant of good faith and fair dealing, conversion, violation of Cal. Business & Professions Code section

///

17200, and violation of Cal. Penal Code section 496(c) identified in the Complaint;

- Treble statutory damages in the amount of $3,130,176.00 for Plaintiff's claims of theft pursuant to Cal. Penal Code section 496(c) identified in the Complaint;
- $67,463.15 in prejudgment interest at the statutory rate of ten percent (10%) per annum multiplied by the percentage of the year that has elapsed since the action was filed;
- Attorneys' fees in the amount of $122,514.91 pursuant to Cal. Penal Code section 496(c);
- Costs in the amount of $298.93; and
- Post-judgment interest as provided by law from the date of entry of judgment until the date the judgment is paid in full. 28 U.S.C. § 1961.

**IT IS HEREBY FURTHER ORDERED** that Defendants are hereby enjoined from transferring any assets pending the resolution and execution of this Judgment.

The clerk is ordered to enter this Judgment forthwith.

Dated: May 28, 2024

*Christina A. Snyder*
Honorable Christina A. Snyder
UNITED STATES DISTRICT COURT

JUDGMENT